UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANNE HUNTSBERRY,<br><br>        Plaintiff,<br><br>   v.<br><br>CAROLYN W. COLVIN,<br><br>        Defendant. | Case No. 16-cv-00929-HSG<br><br>**ORDER RE APPLICATION TO PROCEED IN FORMA PAUPERIS: SERVICE AND SUMMONS**<br><br>Re: Dkt. No. 2 |

The complaint having been found to comply with Title 28 U.S.C. § 1915, IT IS ORDERED that the Clerk issue summons, and that the U.S. Marshal for the Northern District of California serve, without prepayment of fees, a copy of the complaint, any amendments, scheduling orders, attachments, plaintiff's affidavit and this order upon the defendant.

**IT IS SO ORDERED.**

Dated: 3/18/2016

HAYWOOD S. GILLIAM, JR.
United States District Judge