1  HARVEY P. SACKETT (72488)

**SACKETT AND ASSOCIATES**
A PROFESSIONAL LAW CORP.

1055 Lincoln Avenue
Post Office Box 5025
San Jose, California 95150-5025
Telephone: (408) 295-7755
Facsimile:  (408) 295-7444

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DIANNE HUNTSBERRY, ) | Case No:  3:16-cv-00929-HSG |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | STIPULATION AND ORDER |
| ) | |
| CAROLYN W. COLVIN, ) | |
| Acting Commissioner, ) | |
| Social Security Administration, ) | |
| ) | |
| Defendant. ) | |
| ) | |

    Plaintiff and Defendant, through their respective attorneys, hereby stipulate that: (1) Plaintiff shall have a first extension of time of (14) days up through and including Tuesday, August 16, 2016 in which to e-file her Motion for Summary Judgment; and (2) Defendant shall

file any opposition, including cross-motions, on or before September 15, 2016. This extension is necessitated by the number of cases (5) the firm presently has pending before this and other district courts that require briefing.

Dated: July 22, 2016                                     /s/HARVEY P. SACKETT
                                                         HARVEY P. SACKETT
                                                         Attorney for Plaintiff
                                                         DIANNE HUNTSBERRY



                                                         BRIAN J. STRETCH
                                                         United States Attorney
                                                         DEBORAH LEE STACHEL
                                                         Acting Regional Chief Counsel


Dated: July 22, 2016                                     /s/DANIEL P. TALBERT
                                                         DANIEL P. TALBERT
                                                         Special Assistant U.S. Attorney
                                                         Social Security Administration


IT IS SO ORDERED.


Dated:  July 22, 2016                                    HAYWOOD S. GILLIAM, JR.
                                                         United States District Judge

2